232

Argued October 26, affirmed October 26, 1972

STATE OF OREGON, *Respondent, v.* DONNY
RAY BROTHERTON (No. C 72-03-0961 Cr),
*Appellant.*

501 P2d 1299

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

AFFIRMED FROM THE BENCH.